## RECONSIDERATION OF PRIOR DECISIONS

2010–1238.   **State v. Rothe.**
Fairfield App. No. 2009 CA 00060, 2010-Ohio-2498. Reported at 126 Ohio St.3d 1600, 2010-Ohio-4928, 935 N.E.2d 46. On motion for reconsideration. Motion denied.

O'CONNOR and CUPP, JJ., dissent.